AO 91 (Rev. 08/09) Criminal Complaint

FILED by _____ D.C.

MAR 18 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Jonathan R. Vanstone, | ) Case No. 13-8154-JMH |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Dec. 28, 2012-March 15, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted enticement or inducement of a minor to engage in criminal sexual conduct |

This criminal complaint is based on these facts:
See attached Affidavit of Special Agent Cynthia H. Samples, Homeland Security Investigations.

☑ Continued on the attached sheet.

*JMH 2:40 pm*
*Sworn to telephonically 3-17-13*
*Complainant's signature*

Special Agent Cynthia H. Samples
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __3-18-13__

City and state: __W. Palm Beach, FL__

*Judge's signature*

United States Magistrate Judge James M. Hopkins
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Cynthia H. Samples (the "Affiant"), being duly sworn, depose and state:

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI) assigned to the office of the Assistant Special Agent in Charge, West Palm Beach, Florida, and have been employed by HSI since August of 2009. I have successfully completed the Criminal Investigator Training Program and Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia. Among my responsibilities as a Special Agent is the investigation of crimes against children, particularly offenses involving child pornography and the exploitation of children via the Internet.

2. The facts set forth in this affidavit are based upon my personal knowledge, information obtained in this investigation from others, including other law enforcement officers, my review of documents, and information gained through training and experience. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a Criminal Complaint, I have not included each and every fact known to me concerning this investigation, but have set forth only those facts necessary to support a Criminal Complaint charging Jonathan R. VANSTONE (YOB: 1981) with violating Title 18, United States Code, Section 2422(b).

3. On March 15, 2013, an individual using the screen name "Here's Johnny," later identified as Jonathan R. VANSTONE (hereinafter referred to as "VANSTONE") sent an undercover law enforcement officer (hereinafter "UC") a private message via the Internet, specifically through Grindr, a web-based social networking application that can be installed on an iPhone and/or iPad. The UC was using a profile purporting to belong to a 15-year-old male,

1

which included a photograph taken of another Sheriff's Office Deputy when he was 15. VANSTONE sent messages via Grindr to the UC on December 28, 2012,[1] December 29, 2012,[2] January 6, 2013[3] and March 12, 2013[4] attempting to make contact; however, the UC never responded on these dates.

4. On March 13, 2013, the UC replied to the March 12th message with "Hey." Thereafter, an on-line conversation ensued. After a brief exchange of messages, VANSTONE asked the UC, "Can we text? Grindr not working properly?? 416 543 1729", "Where u at??" and the UC responded, "Boynton". VANSTONE immediately asked, "Wanna meet???" The UC responded by asking where VANSTONE was located. VANSTONE replied, "Wellington but I drive". VANSTONE asked the UC for his telephone number. The UC provided the number to VANSTONE and wrote, "text me later I'm not alone now". VANSTONE inquired if they could meet soon, and the UC replied, "Maybe". During the chat, VANSTONE disclosed that he was Canadian and had just moved to Florida from Toronto. VANSTONE inquired if the UC had more pictures of himself besides his partial facial profile picture and the UC replied that he did, and asked if VANSTONE had any others. Not long after, VANSTONE sent the UC an image of an erect male penis and stated "Got any like that lol". The UC replied, "Lol . . . That's not ur face . . Lol". VANSTONE said, "Send me more" and included a facial profile picture of himself. The chat ended on Grindr soon thereafter and commenced via phone text.

5. VANSTONE commenced the phone texting at 5:37 PM on March 13, 2013, by sending the UC a message saying "Hey it's Johnny what's up?" and the UC responded "Wit family now". Twelve (12) minutes later, VANSTONE texted the UC "Meet later? Can u send a

---

[1] On December 28, 2012, VANSTONE wrote, "Looking for fun bro? Ur hot"
[2] On December 29, 2012, VANSTONE wrote, "Hey man[.] Soo horny love to meet u"
[3] On January 6, 2013, VANSTONE wrote, "Hey dude[.] What's up tonight?"
[4] On March 12, 2013, VANSTONE wrote, "Hey Paul what's up?"

2

body or cock pic?" to which the UC responded, "don't have cock pick on my phone don't want mom to see Later I'll be alone". VANSTONE immediately asked the UC, "Can I come pick u up or do u drive? How old r u?". The UC responded, "Don't have license[.] I'll be 16 in May". Immediately after learning that he was chatting with a 15-year-old boy, VANSTONE asked "What r u into???? U been with many guys?" and "What u into? U bottom? Suck cock what?" VANSTONE told the UC that he had not been with many men and stated, "I'm a top Love oral and makeout". VANSTONE then insisted on arranging a meeting with the UC; however, when the UC told him that he could not meet until around 10:00 p.m. VANSTONE stated that was too late. VANSTONE then asked the UC, "Do you bottom? Will u suck me?" The UC responded, "Sure Not without Condoms". Towards the end of this conversation, VANSTONE requested additional pictures from the UC, more specifically and insistently pictures of the UC's genitalia: "Send me a pic of ur cock[.] Go to bathroom and take one Ok??? . . . Go now[.] Did u go? . . . Get up and go. Like u have to pee . . ."

6. On March 14, 2013 at 7:39 AM, VANSTONE re-initiated the text conversation with the UC by sending a text message, "U never messaged me back! :( Where's my cock picture?!?! Can u meet today forsure??" The UC responded "Sorry forgot". VANSTONE immediately responded by demanding a picture of the UC's genitalia, "Take it now!!!!"; however, the UC informed him on two (2) separate occasions that he was "nervous" and did not want to do that. VANSTONE tried another approach, telling the UC, "Please send I sent u mine" and also "Please bro". When the UC declined to send the picture, VANSTONE inquired "Can u meet me today forsure?????" the UC replied "Yes after school". They agree to meet at 4:00 PM and VANSTONE informed the UC that the UC better be able to meet if VANSTONE is going to

3

drive out to pick him up. Prior to terminating this texting session, VANSTONE told the UC "Send me dick pic on your break!".

7. Approximately four (4) hours later, VANSTONE initiated the texting once again with "Where's my pic???". The UC used a ruse by telling VANSTONE that the UC had made several attempts to send pictures. Two (2) hours later VANSTONE replied, "Hot [sic] nothing..... Grindr not working well. I'm still working text u when I. Done! Excited to meet u!". The UC reminded VANSTONE that he was only 15 years old by writing, "So I'm not so weird being a virgin at 15...lol" and VANSTONE replied, "No I was virgin till I was 19 lol". The conversation paused for approximately two (2) hours when VANSTONE reinitiated the conversation by texting "Dude???? Can I come meet you now". The UC informed him that 4:00 PM was the predetermined time and that he was not available anymore because he was having dinner with his family. VANSTONE retorted, "Bro I said after 4 I worked till 430. Why u screwing me around now???" The UC replied, "I'm not...jus u wasn't clear chill". VANSTONE expressed disappointment that they were not able to meet, and informed the UC that he works every day until four (4) or four-thirty (4:30) and only has Mondays off.

8. VANSTONE accused the UC of "playing games," and not really being willing to meet, so the UC agreed to meet VANSTONE the following day, March 15, 2013 at 5:00PM:

    VANSTONE: Dude u said we could meet forsure today after 4! I have The texts! I don't like when guys make plans then don't follow through . . . It sucks! . . . Anyways man . . . ur hot and I really wanted to meet u but I'm not into games . . . . :( It sucks that you are, cause I'm a really nice guy!
    UC: Me too u seem very cool.
    If you want tomorrow just tell me where to meet u
    \* \* \*
    VANSTONE: Boynton beach blvd and 441 at gas station ok? Forsure??!!
    UC: Ok I call you tomorrow before I leave
    VANSTONE: U better not cancel again
    UC: Yes I promise

4

```
VANSTONE: How long can u be gone for?
UC:       Well it's Friday so I can stay out later
VANSTONE: Good. And u will let me fuck u?
UC:       How will I get home buses don't run to later?
VANSTONE: I will drive u home later
UC:       U gota have a condom
VANSTONE: I have condoms . . . So can I fuck u? Can I take a big cock?
          You take?
UC:       Maybe not the whole thing
VANSTONE: I will get it all in. I will be slow and gentle. Did u get fucked before?
UC:       U gota be gentle ok
VANSTONE: Have u bottomed before? Fully?
          ??
UC:       No
VANSTONE: Never?
UC:       Just a little but it hurt so we stopped
VANSTONE: Be bravery for me
          Can I shoot my load on your face? U will suck my cock right?
          * * *
VANSTONE: I want yours in my mouth
UC:       Ok
VANSTONE: Got to charge my phone talk later
```

9. On March 15, 2013 at 10:21 AM, VANSTONE sent a text message to the UC asking, "R we meeting today still forsure??!!" and the UC said, "Yes I promise...in my world history class now. Got to put phone away teacher is mean". Approximately three (3) hours later, VANSTONE asked the UC, "How's school? Wht time will u be at Boynton beach blvd and 441?" and the UC said, "Boynton High school sucks.... To many jerks here", "I'm going to leave after school like 2:45". VANSTONE informed the UC that he will not be able to meet until 4:00 PM, and added "I'm excited! Soo horny lol". VANSTONE advised the UC that they will be going back to VANSTONE's house.

10. On March 15, 2013, at approximately 4:00 p..m., Jonathan R. VANSTONE arrived at the Shell gas station on Boynton Beach Blvd and State Road 441 where he had arranged to meet the UC, a person he believed was a 15-year-old boy, to engage in sexual

5

activity. VANSTONE was arrested by HSI Special Agents and Boynton Beach Police Department upon his arrival.

11.     VANSTONE was then taken to the Homeland Security Investigations office where he was read his *Miranda* Rights. VANSTONE waived his rights, and agreed to answer any questions without an attorney present.

12.     VANSTONE acknowledged creating a profile on the social network site Grindr bearing the username "Here's Johnny", showing an age of 28 years old. VANSTONE also told agents that Grindr was an App that he had been using on his fairly new I-Phone for approximately the past four (4) months. When asked why he was at the Shell gas station, VANSTONE indicated that he was there to meet a gentleman that VANSTONE had met on Grindr four (4) days earlier. VANSTONE was asked what the name and age of the person was, and he was unable to recall the UC's age or name. When asked if the conversation was strictly on Grindr, VANSTONE acknowledged to providing the UC with his number, 416-543-1729, so that they could text one another. VANSTONE admitted that he had never spoken on the phone to the person that he was planning to meet. VANSTONE indicated that they were supposed to meet on another occasion; however the UC informed him that he had to go have dinner with his parents. VANSTONE was aware that the UC lived in Boynton Beach, but stated that he could not remember if the UC went to school or worked. VANSTONE stated that he had made multiple requests to receive pictures from the UC, because he had received some blurry ones and could not see him well. VANSTONE stated that he did not recall any mention of the UC being 15 years old, but then stated that he must have ignored the reference to age because he was so excited. VANSTONE indicated that if a 15-year-old would have shown up at the gas station he would have left. VANSTONE also stated, "Nothing would've probably happened until he met

the person". When asked what he told the UC he was going to do with him, VANSTONE stated "I talked about having sex with him".

13. VANSTONE acknowledged sending a picture of his genitalia to the UC via Gridnr, and stated that he requested a picture of the UC's "cock" for the purpose of becoming aroused. VANSTONE indicated that this was not the first time he had sent a picture of his genitalia, and stated that other people do it as well. VANSTONE reiterated on several occasions that he agreed to meet with the gentleman because he was just flattered that someone wanted to meet him.

14. Based upon the foregoing, I submit that there is probable cause to believe that Jonathan R. VANSTONE violated Title 18 U.S.C. § 2422(b), that is, using a facility and means of interstate or foreign commerce, that is, a cellular phone and the Internet, to knowingly attempt to persuade, induce, and entice an individual under the age of eighteen to engage in sexual activity for which any person can be charged with a criminal offense.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*2:40 pm*
*sworn to telephonically 3-17-13*
CYNTHIA H. SAMPLES
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Subscribed and sworn to before me this 17 day of March, 2013.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

7